

# Fourth Court of Appeals
## San Antonio, Texas

October 13, 2022

No. 04-21-00345-CR

**EX PARTE** Vanessa Marie **VILLANUEVA**,

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. A1523-1
Honorable Albert D. Pattillo, III, Judge Presiding

## O R D E R

On September 28, 2022, we issued an opinion and judgment in this appeal. As a result, any motion for rehearing was due by today, October 13, 2022. On October 11, 2022, appellant filed a motion for extension of time to file a motion for rehearing. After consideration, we **grant** the motion **in part.** Appellant's motion for rehearing is due **by November 14, 2022.**

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of October, 2022.



_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court